IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY MICAH JACKMAN, ) | |
| AIS # 223417, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:04cv1187-T |
| ) | WO |
| BILLY MITCHEM, *et al.,* ) | |
| ) | |
| Respondents. ) | |

**OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on April 29, 2005, (Doc. # 15), that the petition for habeas corpus relief, filed by the petitioner on December 10, 2004, be denied and dismissed with prejudice.

After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 27th day of May, 2005.

　　　　　　　　　　　　　　　　　　　　　　／s／ Myron H. Thompson
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE