IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

TIMOTHY MICAH JACKMAN,          )
AIS # 223417,                   )
                                )
        Petitioner,             )
                                )
v.                              )    CIVIL ACTION NO.  1:04cv1187-T
                                )                     WO
BILLY MITCHEM, *et al.,*         )
                                )
        Respondents.            )

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER,

JUDGMENT, and DECREE of the court as follows:

(1)     The recommendation of the United States Magistrate Judge entered on

        April 29, 2005 (Doc. # 15), be and is hereby ADOPTED.

(2)     The motion is the petition for habeas corpus relief, filed by the petitioner

        on December 10, 2004, be and is hereby DENIED.

(3)     This case be and is hereby DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket

as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 27th day of May, 2005.


                        _____/s/ Myron H. Thompson_____
                        UNITED STATES DISTRICT JUDGE